UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before         DATE: August 18, 2016
# DONALD C. NUGENT
United States District Judge          CASE NO. 1:16 CR 258

COURT REPORTER: George Staiduhar

ARRAIGNMENT

UNITED STATES OF AMERICA

    -VS-

DELANTE LUNN

APPEARANCES:    Plaintiff: Robert Corts, Esq.

Defendant: James Jenkins, Esq.

Pretrial Services: Travis Jennings

PROCEEDINGS: The defendant arraigned and a plea of not guilty entered.  The defendant shall remain in pretrial detention.  Trial Order issued.

    Jeane M. Wells Ruprecht
    Courtroom Deputy

Length of Proceedings:___30 minutes_____