IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CASE NO. 1:16 CR 258 |
| | ) | |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | MOTION FOR APPOINTMENT |
| | ) | OF INVESTIGATOR AT |
| DELANTE L. LUNN | ) | GOVERNMENT'S EXPENSE |
| | ) | |
| Defendant | ) | |

Now comes the Defendant, DELANTE L. LUNN, by and through his attorney, and moves this Honorable Court for an order appointing investigator Thomas P. Pavlish to assist in the preparation of the defense of this matter at the government's expense. Defendant is indigent and unable to afford the costs of properly defending himself against the charges brought against him.

Respectfully submitted,

/s/ *James A. Jenkins*
JAMES A. JENKINS (0005819)
55 Public Square, #2100
Cleveland, Ohio 44113
216/363-6003
Facsimile: 216/363-6013
jajenkins49@hotmail.com

## SERVICE

I hereby certify that on September 3, 2016 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Jenkins*
JAMES A. JENKINS
Attorney for Defendant