IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CASE NO. 1:16 CR 258 |
| | ) | |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| DELANTE LUNN | ) | NOTICE OF REQUEST FOR |
| | ) | DISCOVERY |
| Defendant | ) | |

Now comes the Defendant by and through counsel, James A. Jenkins, and notifies the Court and Counsel pursuant to Rule 16 of the Federal Rules of Criminal Procedure that a request has been made upon the government to provide the raw chromatogram files for the specimens submitted to the Lorain County Crime/Drug Lab and utilized by the government's expert witness(es) to determine the toxicology results in the captioned matter. The specimen numbers are 022216-001 (EPD#173-1), 022216-002 (EPD#173-2), and 022216-003 (EPD#173-3). Defendant also requests any standards done at the same time or during or even a different run. The brand of GC/MS used is also requested.

Respectfully submitted,

/s/ *James A. Jenkins*
James A. Jenkins (0005819)
55 Public Square, Suite 2100
Cleveland, Ohio 44113
216/363-6003
Email: jajenkins49@hotmail.com

## SERVICE

I hereby certify that on November 22, 2017, a copy of the foregoing Notice of Discovery Request was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Jenkins*
James A. Jenkins
Attorney for Defendant