IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CASE NO. 1:16 CR 258 |
| | ) | |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| DELANTE LUNN | ) | NOTICE OF REQUEST FOR |
| | ) | DISCOVERY |
| Defendant | ) | |

Now comes the Defendant by and through counsel, James A. Jenkins, and notifies the Court and Counsel pursuant to Rule 16 of the Federal Rules of Criminal Procedure that a request has been made upon the government to provide any and all medical records, charts, reports or other examinations, diagnostic tests, drug screens, urine tests or any other information within the government's possession or knowledge pertaining to Shanee Dowler, her mental and/or physical condition and any and all illnesses, mental or physical problems from which she suffered.

Respectfully submitted,

/s/ *James A. Jenkins*
James A. Jenkins (0005819)
55 Public Square, Suite 2100
Cleveland, Ohio 44113
216/363-6003
Email: jajenkins49@hotmail.com

## SERVICE

I hereby certify that on January 19, 2018, a copy of the foregoing Notice of Discovery Request was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Jenkins*

James A. Jenkins
Attorney for Defendant