IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16-cr-00258 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| DELANTE L. LUNN, | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Defendant, Delante L. Lunn, by and through undersigned counsel, Marisa L. Serrat, and hereby gives his Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the June 14, 2018 Judgment of the United States District Court, Northern District of Ohio, case number 1:16-cr-00258, on the questions of law and fact in the above-captioned action.

Respectfully Submitted,

/s/ Marisa L. Serrat_____
MARISA L. SERRAT ESQ., (#0088840)
Attorney for the Defendant
55  Public Square
2100 Illuminating Building
Cleveland, OH 44113
(216) 696-2150;(216) 696-1718- fax
mserratlaw@gmail.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 15, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              /s/ Marisa L. Serrat_____
              MARISA L. SERRAT, (#0088840)