# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 5, 2019

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Dec 06, 2019
DEBORAH S. HUNT, Clerk

Re: Delante L. Lunn
v. United States
No. 19-6865
(Your No. 18-3568)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 3, 2019 and placed on the docket December 5, 2019 as No. 19-6865.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst