# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 13, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jan 14, 2020
DEBORAH S. HUNT, Clerk

Re: Delante L. Lunn
    v. United States
    No. 19-6865
    (Your No. 18-3568)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk